IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Stan Szczygiel
    Plaintiff

vs.                                  Case no. 14-3011-EFM

State of Kansas
    Defendant et.al.

**PLAINTIFF'S RESPONSE WITH ATTACHED AFFIDAVIT
TO DEFENDANT'S DEMAND FOR SUMMARY JUDGMENT**

Comes now, the plaintiff pursuant to Fed. R. of Civ. P. 56(c) does hereby serve notice to the Court and the defendants et.al. that the plaintiff is unable to respond or otherwise plead to (Doc. 37) defendants Motion to dismiss or in the Alternative a Motion for Summary Judgment until the plaintiff begins and completes Discovery.

The plaintiff is currently preparing his Request for Discovery pursuant to Fed. R. of Civ.P. (26) with the expected filing within the month of January 2015.
Attached hereto is plaintiff's Notarized Affidavit in Support of this instant Notice/Response.

Submitted by

Stan Szczygiel plaintiff pro se
NCF P.O. BOX 546
Norton Kansas 67654

CERTIFICATE OF SERVICE

On this 6th day of december 2014 I electonically filed this motion with attached affidavit with the U.S. District Court which constitutes service upon the defendants.

Stan Szczygiel