IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Stan Szczygiel
    Plaintiff

v.                                            Case no. 14-3011-EFM

State of Kansas
    Defendant et.al.

PLAINTIFF'S MOTION FOR WRIT OF MANDAMUS

Comes now, the plaintiff Stan Szczygiel, pro se pursuant to 28 USCS § 1361 does hereby move the Court to grant and issue a Writ of Mandamus to compel the United States Attorney Barry R. Grisson to commence and conduct an investigation into possible criminal acts committed by the defendants et.al. relevant to this action.

Upon information and belief the plaintiff asserts that the documents currently on file with this Court and in the possession of the defendants et.al. establish the elements of the following criminal acts;

1. 18 USCS 1623 False declaration before a grand jury or Court.
2. 18 USCS 1621 Perjury.
3. 18 USCS 1622 Subornation of Perjury.
4. 18 USCS 1001 Fraud upon the Court.
5. 18 USCS 242 Deprivation of Civil Rights under color of state law.
6. 18 USCS 241 Conspiracy against Civil Rights.

Pursuant to Fed. R. of Civ. P. 10 (c) Plaintiff's Supplement to his revised response (doc. 51) and objections to defendants possible fraud is incorporated herein by this reference.

The plaintiff asks the Court to take judicial notice of the following documents in re this motion;

1. KDOC Program Classification Review dated 9/16/2013. Exhibit (10) amended complaint, attached hereto as exhibit (1).

2. Affidavit of Joel Hrabe exhibit (B) (doc. 27) attached hereto as exhibit (2).

3. Affidavit Hilary VanPatten exhibit (C) (doc. 27) attached hereto as exhibit (3).

4. KDOC Mental Health Evaluation notes dated 12/1/2011 attached hereto as exhibit (4).

5. KDOC Behavioral Health Classification dated 8/28/2014 prepared by Hilary VanPatten attached hereto as exhibit (5).

6. KDOC Behavioral Health Classificated dated 12/30/2014 prepared by Hilary VanPatten attached hereto as exhibit (6).

7. KDOC Administrative Segregation Report # 1524 attached hereto as exhibit (7).

8. State v. Lisa Boldridge 2002 Kan. LEXIS 705 attached hereto as exhibit (8).

9. Affidaivt of Rex Lane Atchison County Special Prosecutor State v. Lisa Boldridge, case no. 2001 CR 239 attached hereto as exhibit (9).

**WHEREFORE,** the plaintiff begs the Court to grant his request and issue a Writ of Mandamus and compel the United States Attorney for Kansas Barry R. Grissom 500 State ave, Room 360 Kansas City Kansas 66101 to commence and conduct an investigation into the possible criminal acts committed by the individual defendants et.al.

The plaintiff asks the Court to take judicial notice of the following documents in re this motion;

1. KDOC Program Classification Review dated 9/16/2013. Exhibit (10) amended complaint, attached hereto as exhibit (1).

2. Affidavit of Joel Hrabe exhibit (B) (doc. 27) attached hereto as exhibit (2).

3. Affidavit Hilary VanPatten exhibit (C) (doc. 27) attached hereto as exhibit (3).

4. KDOC Mental Health Evaluation notes dated 12/1/2011. attached hereto as exhibit (4).

5. KDOC Behavioral Health Classification dated 8/28/2014 prepared by Hilary VanPatten attached hereto as exhibit (5).

6. KDOC Behavioral Health Classificated dated 12/30/2014 prepared by Hilary VanPatten attached hereto as exhibit (6).

7. KDOC Administrative Segregation Report # 1524 attached hereto as exhibit (7).

8. State v. Lisa Boldridge 2002 Kan. LEXIS 705 attached hereto as exhibit (8).

9. Affidaivt of Rex Lane Atchison County Special Prosecutor State v. Lisa Boldridge, case no. 2001 CR 239 attached hereto as exhibit (9).

**WHEREFORE,** the plaintiff begs the Court to grant his request and issue a Writ of Mandamus and compel the United States Attorney for Kansas Barry R. Grissom 500 State ave, Room 360 Kansas City Kansas 66101 to commence and conduct an investigation into the possible criminal acts committed by the individual defendants et.al.

**FURTHERMORE**, grant any and all relief deemed appropriate by the Court.

Submitted by

*[signature]*
Stan Szczygiel
plaintiff, pro se
NCF P.O. BOX 546
Norton Kansas 67654

CERTIFICATE OF SERVICE

On this 15th day of february 2015 I electronically filed this motion with the clerk of the U.S. District Court which constitutes service upon the defendants et.al.

*[signature]*
Stan Szczygiel